IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD IPSON, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>BAXTER CHRYSLER JEEP, INC., a Nebraska Corporation; MICHAEL BENNETT, an Individual; MARCIE HENRY, an Individual; PAA, INC., PAS, INC., BAO, INC., and BAS, INC.,<br><br>Defendants. | 8:18CV232<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 41),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendants are dismissed with prejudice, the parties to pay their own costs and attorney fees.

March 7, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge